# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **MOE FARHOUD, STARK FIRS LIMITED PARTNERSHIP, ALDER VILLAGE, INC., STAR KREST, NIC., ASH STREET COURTYARD LLC, TYLER SHERMAN,** and **CRYSTAL SHERMAN**,<br><br>Plaintiffs,<br><br>v.<br><br>**GOVERNOR KATE BROWN,** in her official capacity; **STATE OF OREGON; CITY OF PORTLAND,** an Oregon municipal corporation; and **MULTNOMAH COUNTY OF OREGON,** an Oregon municipal corporation,<br><br>Defendants. | Case No. 3:20-cv-2226-JR<br><br>JUDGMENT |

Based on the Court's OPINION AND ORDER,

**IT IS ADJUDGED** that this case is DISMISSED without prejudice.

DATED this 22nd day of February, 2022.

                                                                                                /s/ *Michael H. Simon*
                                                                                                 Michael H. Simon
                                                                                                 United States District Judge